JS - 6
Enter

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

APR 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DOMINIC LE'BLUE, | Case No. CV 09-07548 CAS (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES WALKER, Warden, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 23, 2010

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE